## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| In Re: | ] | BANKRUPTCY CASE |
| | ] | |
| JERRY E. JONES | ] | NO.   02-12496 JDW |
| | ] | |
| Debtor. | ] | Chapter 7 Proceeding |

## <u>TRUSTEE'S NOTICE OF PAYMENT INTO COURT</u>

COMES NOW DAVID E. MULLIS, Trustee of the above estate, and hereby shows the following:

-1-

Pursuant to and in accordance with §347(a) of Title 11, United States Code (the "Bankruptcy Code"), I hereby give notice that I am paying into the Court the unpaid final dividend check(s) identified in Paragraph 2 in the sum of $2,950.10.

-2-

Pursuant to and in accordance with Rule 3011 of the Federal Rules of Bankruptcy Produce, the last known name and address of each entity whose final dividend check has not been presented for payment within ninety (90) days of issuance or returned to the Trustee, the number of such check, and the amount that such entity is entitled to be paid from the remaining property of the estate that is being paid into the Court as follows:

| <u>Name and Last Known Address</u> | <u>Check No.</u> | <u>Amount</u> |
|---|---|---|
| GreenPoint Credit, LLC<br>10089 Willow Creek Road<br>San Diego, CA 92131 | 2007 | $2,950.10 |

In an effort to locate this creditor, the Trustee contacted the Chief Financial Officer's (CFO) office for GreenPoint Credit, LLC.  GreenPoint Credit, LLC is now controlled by Capital One.  The staff member from the CFO's office searched the secured data bases of GreenPoint Credit, LLC and could not find a listing for this loan after searching by Debtor's name, address, social security number, and loan number.  This staff member sent a request to have the loan searched in the unsecured data bases of GreenPoint Credit, LLC and was to return my call within two days.  It has now been approximately two weeks and the Trustee has not received a return call. Therefore, Trustee concludes that this dividend is unclaimed.

WHEREFORE, the Trustee respectfully requests that this report be approved.

/s/ David E. Mulis
DAVID E. MULLIS
Chapter 7 Trustee
2301 Mimosa Drive
Valdosta, Georgia   31602
(229) 245-8817
(229) 245-1515 (Fax)
dmullis@businesslawhelp.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In Re: | ] | BANKRUPTCY CASE |
| | ] | |
| JERRY E. JONES | ] | NO.  02-12496 JDW |
| | ] | |
| Debtor. | ] | Chapter 7 Proceeding |

## **CERTIFICATE OF SERVICE**

I certify that I have furnished a true copy of the Trustee's Notice of Payment into Court to Elizabeth A. Hardy, Assistant U. S. Trustee, by either the court's electronic filing system or at Ustp.region21.mc.ecf@usdoj.gov  this 1st day of June 2011.


/s/ David E. Mullis
DAVID E. MULLIS
Chapter 7 Trustee